IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAKENDRICK WARD, 1290778, § | |
| § | |
| Petitioner, § | |
| § | Civil Action No. 3:09-CV-1549-D |
| VS. § | |
| § | |
| RICK THALER, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

### ORDER

After making an independent review of the pleadings, files, and records in this case, the May 18, 2011 findings, conclusions, and recommendation of the magistrate judge, and respondent's June 14, 2011 objections, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and respondent's November 24, 2009 motion to dismiss is denied.

**SO ORDERED**.

August 9, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE